

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANO NATSVALADZE,<br><br>                              Petitioner,<br><br>v.<br><br>WARDEN, Imperial Regional Adult Detention Facility, et al.,<br><br>                              Respondents. | Case No.:  3:26-cv-3313-CAB-MMP<br><br>**ORDER DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS AND DENYING MOTION FOR A TEMPORARY RESTRAINING ORDER** |

Pending before the Court is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 filed by Vano Natsvaladze ("Petitioner"), an immigration detainee proceeding pro se.  [Doc. No. 1 ("Petition").]  As a result of a prior habeas petition, Petitioner received a bond hearing where the immigration judge denied bond based on a finding that Petitioner posed a risk of flight.  [Case No. 3:26-cv-922-CAB-BJW at Doc. Nos. 9, 10.]  Petitioner does not address this prior habeas petition or the resulting adverse bond determination in the current Petition.

As the Ninth Circuit has explained, "[Petitioner] pursued habeas review of the IJ's adverse bond determination before appealing to the BIA. This short cut was improper. [Petitioner] should have exhausted administrative remedies by appealing to the BIA before

1

3:26-cv-3313-CAB-MMP

asking the federal district court to review the IJ's decision." *Leonardo v. Crawford*, 646 F.3d 1157, 1160 (9th Cir. 2011).

The Court therefore **DISMISSES** the Petition without prejudice.  The Court also **DENIES** the request for emergency injunctive relief to prevent Respondents from transferring or removing him during the pendency of this Petition and while the Ninth Circuit proceedings remain active.  [Doc. No. 1.]  As Petitioner states, his Ninth Circuit petition for review includes a request for a stay of removal and that "stay of removal is in effect until that request that request has been addressed."  [Doc. No. 1 at 4.]

The Clerk of the Court shall close the case.

It is **SO ORDERED**.

Dated: June 16, 2026

_____
Hon. Cathy Ann Bencivengo
United States District Judge